IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OBE E. JOHNSON,<br>　　Plaintiff,<br><br>　　v.<br><br>DEPT. OF HACIENDA OR<br>INTERNAL REVENUE SERVICE OF<br>THE COMMONWEALTH OF<br>PUERTO RICO,<br>　　Defendant. | :<br>:<br>:<br>:  CIVIL ACTION NO. 23-CV-1962<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this 2nd day of June 2023, upon consideration of Plaintiff Obe E. Johnson's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(g) for the reasons discussed in the Court's Memorandum.

2. If Mr. Johnson seeks to continue with this case, he must remit $402 to the Clerk of Court within thirty (30) days of the date of this Order.

3. If Mr. Johnson fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

_____
GENE E.K. PRATTER, J.